In the Matter of ABRAHAM KROLL, Respondent, against ANDREW G. CLAUSEN et al., Constituting the Board of Education of the City of New York, et al., Appellants.

Argued November 18, 1947; decided November 20, 1947.

*Charles E. Murphy*, Corporation Counsel (*Arthur H. Kahn, Seymour B. Quel* and *Michael A. Castaldi* of counsel), for appellants.

*Albert B. Breslow* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.